UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>    Plaintiff,<br><br>    v.<br><br>PAMELA AHLIN, et al,<br><br>    Defendant. | 1:14-cv-00005 LJO DLB (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Document# 5) |

Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

1  In the instant action, plaintiff filed an application to proceed in forma pauperis.
2  Examination of these documents reveals that plaintiff is unable to afford the costs of this action.
3  Accordingly, the motion to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

    Dated:   **January 21, 2014**            /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE