# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE, | Case No. 1:14-cv-0005-LJO-DLB |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS |
| v. | (Document 18) |
| PAMELA ANLIN, et al., | THIRTY DAY DEADLINE |
| Defendants. | |

Plaintiff Gregory Ell Shehee, an inmate at the Fresno County Jail proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 2, 2014.

On April 23, 2015, the Court issued Findings and Recommendations after Plaintiff failed to file an amended complaint in compliance with the Court's December 29, 2014, order.

Plaintiff filed objections on April 30, 2015. It appears that Plaintiff's mail and/or his ability to file an amended complaint were impacted by his incarceration in the Fresno County Jail.

Accordingly, affording Plaintiff the benefit of the doubt, the Court VACATES the April 30, 2015, Findings and Recommendations. Plaintiff is ORDERED to file an amended complaint

///
///
///
///

1  pursuant to the December 29, 2014, order within thirty (30) days of the date of service of this
2  order.  <u>If he fails to do so, this action will be dismissed.</u>

3
4  IT IS SO ORDERED.

5     Dated:   **May 5, 2015**                                        /s/ *Dennis L. Beck*
6                                                          UNITED STATES MAGISTRATE JUDGE