# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PAMELA AHLIN, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-0005-LJO- DLB PC<br><br>ORDER STRIKING SECOND AMENDED COMPLAINT<br><br>ORDER REQUIRING PLAINTIFF TO FILE THIRD AMENDED COMPLAINT WITHIN THIRTY DAYS |

　　　Plaintiff Gregory Ell Shehee, a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 2, 2014. Pursuant to Court order, Plaintiff filed his Second Amended Complaint on May 19, 2015. He names numerous Defendants.

　　　Plaintiff's Second Amended Complaint, however, is not sufficiently legible to allow the Court to properly analyze his claims. While some portions are legible, others are not due to Plaintiff's writing style, the poor copy quality and "Line Guide" stamped across a majority of the pages. The Court attempted to decipher Plaintiff's writing, but could not do so in a way that would allow for a thorough analysis.

　　　Plaintiff is required to submit filings which are "clearly legible." Local Rule 130(b). In submitting a Third Amended Complaint in compliance with this order, Plaintiff must submit a pleading that is completely legible.

1

Plaintiff is reminded that his Third Amended Complaint must correct the deficiencies identified in the December 29, 2014, screening order. As noted in that order, this will be Plaintiff's final opportunity to amend.

Accordingly, Plaintiff's Second Amended Complaint is STRICKEN from the record. Plaintiff must file a Third Amended Complaint within thirty (30) days of the date of service of this order.

<u>Failure to comply with this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated: __October 27, 2015__              /s/ *Dennis L. Beck*
                                                            UNITED STATES MAGISTRATE JUDGE

2