# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAMELA AHLIN, et al.,<br><br>　　　　　Defendants. | Case No. 1:14-cv-0005-LJO- DLB PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR COPY OF SECOND AMENDED COMPLAINT AND REQUEST FOR EXTENSION OF TIME<br>(Document 23)<br><br>THIRTY-DAY DEADLINE |

　　　　Plaintiff Gregory Ell Shehee, a civil detainee proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 2, 2014. Pursuant to Court order, Plaintiff filed his Second Amended Complaint on May 19, 2015.

　　　　The Court struck his Second Amended Complaint on October 28, 2015, because it was not legible. He was given thirty (30) days to file a Third Amended Complaint.

　　　　On November 16, 2015, Plaintiff filed a request for a copy of his Second Amended Complaint, as well as a request for additional time.

　　　　Plaintiff's request is GRANTED. The Clerk of Court SHALL send Plaintiff a copy of his Second Amended Complaint (Document 21). Plaintiff SHALL file a Third Amended Complaint within thirty (30) days of the date of service of this order.

///

///

Plaintiff is reminded that this is his final opportunity to amend.

Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **November 18, 2015**      /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE