1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   GREGORY ELL SHEHEE,                    Case No.  1:14-cv-00005-LJO-BAM (PC)

12                  Plaintiff,              ORDER REQUIRING DEFENDANT TUR TO
                                            SHOW CAUSE WITHIN THIRTY DAYS
13        v.                                WHY DEFAULT SHOULD NOT BE
                                            ENTERED
14   PAMELA AHLIN, et al.,
                                            (ECF No. 43)
15                  Defendants.
                                            ORDER DIRECTING CLERK'S OFFICE TO
16                                          SERVE COURTESY COPY ON COALINGA
                                            STATE HOSPITAL
17
                                            **THIRTY (30) DAY DEADLINE**
18

19        Plaintiff Gregory Ell Shehee ("Plaintiff") is a civil detainee proceeding pro se and in

20   forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

21        On April 19, 2017, the United States Marshal was ordered to serve process on Plaintiff's

22   behalf.  (ECF No. 38.)  On August 3, 2017, the United States Marshal filed a USM-285 form

23   indicating that Defendant Tur had been personally served on July 6, 2017.  (ECF No. 43.)

24   Defendant Tur's answer to the complaint was therefore due on or before July 27, 2017.

25        Accordingly, it is HEREBY ORDERED that:

26   1.  Within **thirty (30) days** from the date of service of this order, Defendant Tur shall show

27       cause why default should not be entered against him or her;

28   ///

                                            1

2. To facilitate the ability to comply with this order, Defendant Tur's obligation to respond to the complaint is extended thirty (30) days from the date of service of this order; and

3. The Clerk's Office shall serve a courtesy copy of this order on Department of State Hospitals – Coalinga (Coalinga State Hospital).

IT IS SO ORDERED.

Dated:   **September 19, 2017**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE