# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AHLIN, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-00005-LJO-BAM (PC)<br><br>ORDER GRANTING DEFENDANT NGUYEN'S REQUEST TO EXTEND THE DEADLINE FOR FILING DISPOSITIVE MOTIONS<br><br>(ECF No. 70)<br><br>**Dispositive Motion Deadline: July 30, 2018** |

Plaintiff Gregory Ell Shehee ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff was a civil detainee at the time this action was initiated.

Pursuant to the Court's July 19, 2017 Discovery and Scheduling Order, the deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) was May 29, 2018. (ECF No. 41.)

Currently before the Court is Defendant Nguyen's request to extend the deadline for filing dispositive motions, filed May 29, 2018. (ECF No. 70.) Defendant Nguyen states that the defense has been diligently searching for an outside medical professional with the appropriate expertise to speak to the matters raised by Plaintiff's complaint, but has been unable to retain such an individual. Defendant requests a 62-day extension of the dispositive motion deadline, to July 30, 2018. (Id.) Plaintiff has not filed an opposition or otherwise responded to the motion, and the

1

1 | deadline to do so has expired.  The motion is deemed submitted.  Local Rule 230(l).

Upon review of the request, and in light of the lack of opposition from Plaintiff, the Court finds that Defendants have shown good cause for modifying the scheduling order in this matter. Fed. R. Civ. P. 16(b)(4).  In addition, the Court finds that Plaintiff will not be prejudiced by this brief extension of time.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendant's motion to extend the dispositive motion deadline, (ECF No. 70), is GRANTED; and
2. All dispositive motions (other than a motion for summary judgment for failure to exhaust) shall be filed on or before **July 30, 2018**.

IT IS SO ORDERED.

Dated: **July 10, 2018**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE