# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE, | Case No. 1:14-cv-00005-LJO-BAM (PC) |
| Plaintiff, | ORDER VACATING JANUARY 10, 2019, HEARING ON MOTION TO SET ASIDE ENTRY OF DEFAULT |
| v. | |
| AHLIN, et al., | (ECF No. 75) |
| Defendants. | |

Plaintiff Gregory Ell Shehee ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 27, 2018, Defendant Tur filed a motion to set aside the default entered against him on December 5, 2017, for Defendant Tur's failure to plead or otherwise defend. (ECF No. 75.) Defendant Tur set the motion for hearing before the undersigned on January 10, 2019, at 8:30 a.m. (Id.)

The parties are advised that, pursuant to Local Rule 230(l), "all motions, except motions to dismiss for lack of prosecution, filed in actions wherein one party is incarcerated and proceeding *in propia persona*, shall be submitted upon the record without oral argument unless otherwise ordered by the Court. Such motions need not be noticed on the motion calendar." Although Plaintiff has been released from custody, it is the Court's general practice to apply Local Rule 230(l) and certain other local rules concerning actions in which one party is

1

incarcerated and proceeding *in propia persona*, even when the *pro se* plaintiff is no longer incarcerated.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The motion hearing set for January 10, 2019, is VACATED; and
2. Plaintiff's opposition or statement of non-opposition to Defendant Tur's motion to set aside entry of default remains due within **twenty-one (21) days** after the date of service of the motion.

IT IS SO ORDERED.

Dated: __September 28, 2018__          _____/s/ Lawrence J. O'Neill_____
                                       UNITED STATES CHIEF DISTRICT JUDGE