# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AHLIN, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-00005-LJO-BAM (PC)<br><br>ORDER VACATING JANUARY 10, 2019, HEARING ON MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY ADJUDICATION<br><br>(ECF No. 79) |

Plaintiff Gregory Ell Shehee ("Plaintiff") is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 28, 2018, Defendants Nguyen filed a motion for summary judgment or partial adjudication against Plaintiff. (ECF No. 79.) Defendant Nguyen set the motion for hearing before the undersigned on January 10, 2019, at 8:30 a.m. (Id.)

As discussed in the Court's September 28, 2018 order vacating the hearing on Defendant Tur's motion to set aside entry of default, it is the Court's general practice to apply Local Rule 230(l) and certain other local rules concerning actions in which one party is incarcerated and proceeding *in propia persona*, even when the *pro se* plaintiff is no longer incarcerated.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The motion hearing set for January 10, 2019, is VACATED; and

///

1

2. Plaintiff's opposition or statement of non-opposition to Defendant Nguyen's motion for summary judgment remains due within **twenty-one (21) days** after the date of service of the motion.

IT IS SO ORDERED.

Dated: **October 1, 2018**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE