UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>Plaintiff,<br><br>v.<br><br>PAMELA AHLIN, *et al.*,<br><br>Defendants. | No. 1:14-cv-00005-NONE-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. Nos. 79, 121) |

Plaintiff Gregory Ell Shehee is a former civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Nguyen and Estate of J. Tur on plaintiff's claim alleging that he received inadequate medical care from defendants while he was a civil detainee, arising from events occurring before plaintiff's surgery in April 2013, in violation of the Fourteenth Amendment. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 5, 2019, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion for summary judgment be granted. (Doc. No. 121.) The findings and recommendations were served on the parties and contained notice that any objections were to be filed within fourteen (14) days after service. (*Id.* at 22.) No objections have been filed, and the deadline to do so has expired.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on March 5, 2020 (Doc. No. 121), are adopted in full;
2. Defendants' motion for summary judgment (Doc. No. 79), is GRANTED; and
3. Judgment shall be entered in favor of defendants and against plaintiff and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **April 14, 2020**

UNITED STATES DISTRICT JUDGE